

# Fourth Court of Appeals
## San Antonio, Texas

January 4, 2017

No. 04-16-00509-CR

Malcolm **GANDY,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 290th Judicial District Court, Bexar County, Texas
Trial Court No. 2014CR6350
Honorable Melisa Skinner, Judge Presiding

## O R D E R

Appellant's brief was originally due to be filed on November 5, 2016. Appellant did not file a brief, so this Court issued a notice of late brief. On November 30, 2016, this Court granted appellant's counsel, Luis Vega's, motion for extension of time, establishing a deadline of December 28, 2016. Mr. Vega was admonished that no further extensions of time will be allowed. Mr. Vega did not file appellant's brief by December 28, 2016.

We ORDER Mr. Vega to file appellant's brief on or before January 9, 2017. If Mr. Vega does not file appellant's brief by this date, we will abate this appeal to the trial court for an abandonment hearing. TEX. R. APP. P. 38.8(b)(2). Contempt proceedings may also be initiated against Mr. Vega. *Id.* 38.8(b)(4).

_Irene Rios_
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 4th day of January, 2017.



Keith E. Hottle
Clerk of Court